# UNITED STATES DISTRICT COURT

Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED

NOV 09 2026

Nathan Ochsner, Clerk of Court

Wen Li
Honglin Wu
Plaintiffs
*V.*
1.Todd Blanche (Attorney General)
2.Markwayne Mullin. (DHS Secretary)
3.Joseph B Edlow (USCIS Director)
4.Director of USCIS Houston Field Office
Defendants

Civil Action No. ______________________

***Complaint for Writ of Mandamus and Declaratory Relief***

## INTRODUCTION

Plaintiffs Wen Li and Honglin Wu bring this action against the Defendants to compel the United States Citizenship and Immigration Services ("USCIS") and the responsible federal officials to adjudicate their pending applications for adjustment of status (Forms I-485) and related applications for employment authorization.

Plaintiffs Wen Li and Honglin Wu Bring this action under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 555(b) and 706(1), to compel the U.S. Citizenship and Immigration Services ("USCIS") to fulfill its legal duty to adjudicate their long-pending Forms I-485, Applications to Register Permanent Residence or Adjust Status.

Plaintiffs' applications, filed under receipt numbers MSC2590568077 and MSC2590567006, respectively, have remained pending with the National Benefits Center ("NBC") for approximately sixteen months

without a final adjudication. Despite the substantial time that has passed, Plaintiffs continue to face prolonged uncertainty regarding their lawful permanent residence.

Plaintiff Wen Li is a single mother who fled severe persecution in China after government authorities forcibly demolished her family home in 2016, resulting in the death of her husband. She subsequently came to the United States with her children and was granted asylum by an Immigration Judge in 2025. As the sole provider and caregiver for her three children, she urgently needs employment to support her family. However, her lack of an Employment Authorization Document and permanent resident card has created significant barriers to securing stable employment and maintaining basic financial security. The prolonged uncertainty has also caused severe emotional distress, including persistent anxiety, insomnia, and physical symptoms.

Plaintiff Honglin Wu, Wen Li' s 19-year-old son and derivative asylum beneficiary, has lived in the United States since approximately age nine. He is currently a sophomore pursuing an engineering degree at Pennsylvania State University. The continued delay in adjudicating his I-485 application has created substantial obstacles to obtaining competitive summer internships, academic opportunities, and future employment. His undergraduate years are critical to establishing his professional career, and the loss of these opportunities may cause lasting harm to his educational and professional development.

The consequences of USCIS's delay extend beyond the two Plaintiffs. Wen Li is also responsible for raising her two 11-year-old twin children, both United States citizens, who depend entirely on her for their financial support and daily care. The family's prolonged immigration uncertainty has undermined its financial stability and

emotional well-being, directly affecting the environment in which these two U.S. citizen children are growing and developing.

Plaintiffs do not seek to dictate the outcome of their applications or to demand approval of their permanent residence applications. Rather, they seek only to compel USCIS to perform its non-discretionary duty to adjudicate their applications within a reasonable period of time, as required by federal law.

The prolonged and unexplained delay has imposed substantial and continuing hardship on a family that has already endured persecution, displacement, and the loss of a spouse and father. Plaintiffs respectfully seek judicial intervention to ensure that USCIS fulfills its statutory obligations and brings their pending applications to a timely conclusion.

WHEREFORE, Plaintiffs respectfully request that this Court exercise jurisdiction over this action and order Defendants to adjudicate both pending Forms I-485 within a reasonable period established by the Court, together with such other relief as the Court deems just and proper.

## JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 1331 (federal question) and 1361 (mandamus jurisdiction), as this action arises under the laws of the United States. Venue is proper in the ( Southern District of Texas, Houston Division), under 28 U.S.C. § 1391(e) because Plaintiff resides within this District and the Defendants perform their official duties in this District. Pursuant to 8 U.S.C. § 1571(b), Congress has stated that "the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application." "This action is brought pursuant to the Administrative

Procedure Act, 5 U.S.C. § 701 et seq., to compel Defendants to perform their non-discretionary duty to adjudicate Plaintiff's application within a reasonable period of time as required by 5 U.S.C. § 555(b) and § 706(1)."

## PARTIES

Plaintiffs

1. Name: Wen Li is a citizen of China and a resident of Katy, Texas.
2. Name: Honglin Wu is a citizen of China and a resident of Katy, Texas.

Defendants:

1. Todd Blanche ( Attorney General ) is responsible for administration and enforcement of immigration laws
2. Markwayne Mullin ( DHS Secretary ) is responsible for immigration adjudications
3. Joseph B. Edlow ( USCIS Director ) is responsible for the administration of immigration benefits, including Form I-485
4. Director of USCIS Houston Field is responsible for adjudicating Plaintiffs' Applications.

## STATUTORY BACKGROUND

Congress explicitly stated that "the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application." 8 U.S.C. § 1571(b). Defendants have unreasonably delayed the adjudication of Plaintiffs' I-485 applications in violation of:

1. "Administrative Procedure Act – duty to conclude matters within a reasonable time" 5 U.S.C. § 555(b)

2. "Authorizing courts to compel agency action unlawfully withheld or unreasonably delayed" 5 U.S.C. § 706(1)

## FACTS

1. On June 2025, Plaintiff Wen Li filed her I-485 application with USCIS. And Plaintiff Honglin Wu filed his I-485 application with USCIS at the same day .
Plaintiff Wen Li receipt number is MSC2590568077
Plaintiff Honglin Wu receipt number is MSC2590567006
2. On June 23, 2025 Plaintiffs' cases status shows " we received your form I-485. Application to Register Permanent Residence Or adjust status ".
3. On June 30, 2025, Plaintiffs' cases status shows " The fingerprints relating to your Form I- 485 Application to Register Permanent Residence or Adjust Status, Receipt Numbers are MSC2590568077 and MSC2590567006, have been applied to your cases ".
4. Since that time, USCIS has taken no further substantive action on Plaintiffs' applications. Plaintiffs submitted multiple inquiries to USCIS but received only generic responses instructing them to continue waiting. Plaintiffs also sought assistance from a Member of Congresswoman and the Department of Homeland Security, but no decision has been made. Defendants have failed to adjudicate Plaintiffs' applications within a reasonable time.

## About Exhaustion of Administrative Remedies and the hardship Fact

1. To Plaintiff Wen Li

Plaintiff Wen Li has endured extraordinary personal, financial, and emotional hardship as a result of past persecution and the prolonged uncertainty surrounding her immigration status. In 2016, during the Chinese government's forced demolition of her family home, her husband was killed, leaving her a widow and a single mother responsible for raising three children. Fearing further persecution, she fled China with her children and sought protection in the United States. In 2025, an Immigration Judge granted her asylum.

Despite receiving asylum protection, Li Wen has continued to face severe financial and emotional hardship while waiting for the adjudication of her Form I-485. She currently does not have an Employment Authorization Document or a Permanent Resident Card. As the sole financial provider and caregiver for her three children, she urgently needs to work to support her family. However, her current immigration documentation has created significant barriers to obtaining stable employment and earning sufficient income to meet her family's basic needs.

Approximately two months ago, Li Wen relocated with her children to Houston, Texas, in an effort to establish a more stable living environment. Her two 11-year-old twin children are currently attending sixth grade at Beckendorff Junior High School in Katy, Texas. As their only parent and provider, she bears full responsibility for their housing, education, daily care, and financial support.

The prolonged immigration uncertainty has placed an enormous burden on Li Wen's physical and emotional well-being. She experiences persistent anxiety, sleepless nights, and significant hair loss associated with prolonged stress. She constantly worries about how she can secure employment, pay for her family's living expenses, and provide her children with a stable and secure future. The inability

to obtain stable employment has made it increasingly difficult for her to maintain a normal life and fulfill her responsibilities as a mother.

Her immigration uncertainty also limits her ability to plan for her children's education and development. Her 11-year-old daughter has demonstrated a particular talent and interest in drawing and design, and Wen Li hopes to provide her with opportunities for further artistic education, international learning, and cultural exchange. Her 11-year-old son also needs parental support and access to educational and developmental opportunities. However, the family's financial insecurity and unresolved immigration circumstances make it difficult for Li Wen to provide these opportunities and plan confidently for her children's future.

For more than ten years, Wen Li has worked hard to rebuild her life in the United States and provide a safe and stable home for her children. Her goal is simply to raise her children to become educated, responsible, compassionate, and productive members of society. However, the continued delay in adjudicating her I-485 application has left her in a prolonged state of uncertainty, financial insecurity, and emotional distress.

Wen Li does not seek preferential treatment or an automatic approval of her permanent residence application. She seeks only a timely adjudication of her pending application so that she can pursue stable employment, support her children, and move forward with her life. Every additional month of delay prolongs her financial hardship, emotional suffering, and inability to provide the stability and opportunities her children deserve.

2. To Plaintiff Honglin Wu

Plaintiff Honglin Wu is a 19-year-old college student and the derivative applicant under his mother's asylum-based Form I-485 application,

receipt number MSC2590567006, which has remained pending with the National Benefits Center for approximately fifteen months.

Honglin Wu came to the United States with his mother at approximately nine years old. He has spent more than ten years living, studying, and growing up in the United States. Since arriving in this country, he has never departed the United States and has maintained a clean criminal record. His education, personal development, and future career plans are firmly rooted in this country.

He is currently a sophomore pursuing a bachelor's degree in engineering at Pennsylvania State University (Penn State). He is at a critical stage in his academic and professional development. His sophomore and junior years represent particularly important opportunities to obtain competitive summer internships, gain practical engineering experience, and establish professional connections before graduation. These opportunities are essential to his future employment prospects and career development.

However, the prolonged delay in adjudicating his Form I-485 has created significant barriers to pursuing these opportunities. Without his permanent resident card and appropriate employment authorization documentation, he faces difficulties applying for certain competitive internships, academic scholarships, and corporate employment opportunities that require specific immigration or work authorization documentation. Some employers, recruiters, and automated human resources screening systems may not recognize his existing asylum documentation as sufficient for their particular application or screening requirements. As a result, he risks losing valuable internship and employment opportunities during a critical period of his undergraduate education.

These missed opportunities cannot necessarily be recovered after graduation. Engineering internships provide essential practical

experience and often serve as an important pathway to full-time employment. Continued immigration delays therefore threaten to place him at a significant disadvantage compared with his peers and may have lasting consequences for his professional development and future earning potential.

In addition to these educational and professional hardships, Honglin Wu comes from a vulnerable single-parent household. His mother is the family's sole financial provider and independently supports him and his two 11-year-old twin siblings, both of whom are U.S. citizens. The family's recent relocation to Houston, Texas, and the prolonged uncertainty surrounding their immigration applications have created substantial financial and emotional pressure. He is deeply concerned about his mother's inability to obtain stable employment and the financial burden she bears in raising and supporting the family.

The continued delay has affected not only his individual career prospects but also his sense of security and ability to plan for his future. At an important stage of his transition from college to professional life, he remains unable to obtain the immigration documentation he believes is necessary to pursue certain educational and employment opportunities with confidence.

Honglin Wu has spent more than half of his life in the United States and considers this country his home. He has worked hard to pursue higher education and prepare himself to become a productive member of society. He does not seek preferential treatment or demand approval of his permanent residence application. He seeks only a timely adjudication of his pending application so that he can move forward with his education, pursue professional opportunities, and build a stable future.

The continued delay in adjudicating his application has caused substantial and ongoing harm to his educational progress,

professional development, and family stability. Every additional month of uncertainty risks further limiting opportunities that are particularly important and time-sensitive at this stage of his life.

## Cause Of Action
## (Administrative Procedure Act-Unreasonable Delay)

Plaintiffs respectfully request that this Court:
1. Issue a Writ of Mandamus compelling USCIS to adjudicate Plaintiffs I-485 applications within a reasonable time.
2. Declare that Defendants' delay is unreasonable and unlawful under the Administrative Procedure Act.
3. Award Plaintiffs reasonable costs and any further relief the Court deems just and proper.

## PRAYER FOR RELIEF
WHEREFORE,
Plaintiffs pray that this Court:
1. Assume jurisdiction over this matter.
2. Compel defendants to adjudicate Plaintiffs I-485 Applications within a reasonable time.
3. Grant mandamus relief and further relief as may be appropriate.

Respectfully submitted,

Date: 11/06/2026

Signature: [signature]

Plaintiffs, Pro Se
Address: 5218 Lacey Oak Meadow Dr. Katy TX 77494

Email: cocoliwen1984@gmail.com

phone number: (646) 288-9163